# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY TOTMAN,<br><br>        Plaintiff(s),<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendant(s). | CASE NO. CV09-3045-AHM (SHx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 75 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: May 7, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**