ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California State Bar No. 119926
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8561
    Facsimile: (213) 894-7819
    Email: jon.klinck@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY TOTMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | NO. CV 09-3045 AHM (SHx)<br><br>ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE<br><br><br><br>The Honorable A. Howard Matz |

Based on the parties' filed stipulation, and good cause appearing therefor,

///

///

///

///

///

///

///

1   IT IS ORDERED that the above-entitled action be, and hereby is, dismissed
2   with prejudice, each part to bear their own costs and attorneys fees.

4   DATED:  August 27, 2010

_____
UNITED STATES DISTRICT JUDGE

2